UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       vs.<br><br>MOISES GOMEZ-GUZMAN,<br><br>                Defendant. | CASE NO. 13-cr-00259-L<br><br>JUDGMENT OF DISMISSAL |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

   8:1326(a) and (b) - Removed Alien Found in the United States (Felony)(1)

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/22/13

                                         Karen S. Crawford
                                         U.S. Magistrate Judge